UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN RENTA,<br><br>                               Plaintiff,<br><br>                     -v.-<br><br>CITY OF NEW YORK, et al.,<br><br>                               Defendants. | 25 Civ. 6932 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Plaintiff Dawn Renta brought this action on August 21, 2025.  *See* ECF No. 1.  On December 18, 2025, Defendants City of New York, Kara Laperle, New York City Department of Education, and Miosotis Ramos jointly moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  *See* ECF No. 18.  On January 8, 2026, Plaintiff filed an amended complaint.  *See* ECF No. 22.  Accordingly, Defendants' motion to dismiss the complaint, ECF. No. 18, is hereby DENIED as moot.

The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

Dated:  January 26, 2026
         New York, New York

JENNIFER H. REARDEN
United States District Judge